MARION I. QUESENBERY, SBN 072308
RYNN & JANOWSKY, LLP
P.O. Box 20799
Oakland, CA 94620
Telephone: (510) 705-8894
Facsimile: (510) 705-8737
e-mail: marion@rjlaw.com

Attorneys for Plaintiff Ratto Bros., Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RATTO BROS., INC.<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SUNAGRA INCORPORATED and CHARLES DIBLE,<br><br>　　　　Defendants. | CASE NO. C 06-03442 SI<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Date CMC: September 1, 2006<br>Time CMC: 2:00 p.m.<br>Place CMC: Before U.S. District Court<br>　　　　　　Judge Susan Illston<br>　　　　　　Courtroom 10, 19th Floor<br>　　　　　　San Francisco |

Plaintiff Ratto Bros., Inc. and Defendant Charles Dible[1] respectfully request and stipulate that the Case Management Conference currently set for September 1, 2006, at 2:00 p.m., be continued for approximately two weeks for the following reasons: (1) the parties are attempting to settle this matter and believe that they can do so within the next two weeks, and (2) Mr. Dible

---

[1] Defendant Sunagra has not answered the Complaint; Defendant Charles Dible filed a *pro se* Answer to the Complaint, which has apparently not yet made it to the file, and consequently, he intends to re-file the Answer.

STIP. TO CONTINUE CMC – Case No. C06-03442 -- Page 1

1 | is unable to attend the case management conference at the date and time currently set.

2 | Date: August 31, 2006          RYNN & JANOWSKY, LLP

By:   /s/ Marion I. Quesenbery  
MARION I. QUESENBERY  
Attorneys for Plaintiff

Date: August 31, 2006          CHARLES DIBLE

By:   /s/ Charles Dible  
CHARLES DIBLE  
Defendant, *pro se*

I attest that I have obtained the concurrence in the filing of this document from the above signatory Charles Dible.

Date: August 31, 2006          /s/ Marion I. Quesenbery  
Attorney for Plaintiff

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

The Case Management Conference is continued to  9/15/06 , 2006, at 2:00 p.m.

Date: _____          [signature: Susan Illston]  
UNITED STATES DISTRICT JUDGE

STIP. TO CONTINUE CMC – Case No. C06-03442 -- Page 2

Re: **Ratto Bros., Inc. v. Sunagra Incorporated**
<u>**United States District Court, N.D. Cal., Case No. C06-03442**</u>

## PROOF OF SERVICE

I am a citizen of the United States. My business address is P.O. Box 20799, Oakland, California 94620. I am employed in the County of Alameda where this service occurs. I am over the age of 18 and am not a party to this action. I am readily familiar with Rynn & Janowsky's normal business practice for collection and processing of documents for mailing with the United States Postal Service, and that practice is that the documents for mailing are deposited with the United States Postal Service on the same day as they placed for collection in the ordinary course of business.

On August 31, 2006, following Rynn & Janowsky's ordinary business practices, I served by mail a true copy of the following document:

**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**

on the individual listed below. I placed copies of the document in envelopes, with First Class postage fully prepaid, addressed as follows:

> Charles K. Dible
> P.O. Box 965
> South San Francisco, CA 94083-0965
> Sacramento, CA 95825
> Facsimile No.: (650) 244-4902

I caused the envelope to be placed in the United States mail in Berkeley, California, on August 31, 2006. In addition, on the same day, I served the individual listed above via facsimile at the number noted above.

I declare under penalty of perjury under the laws of the State of California and of the United States that the above is true and correct.

Executed on August 31, 2006, at Berkeley, California.

                                           /s/ Marion I. Quesenbery
                                               Marion I. Quesenbery