MARION I. QUESENBERY, SBN 072308
RYNN & JANOWSKY, LLP
P.O. Box 20799
Oakland, CA 94620
Telephone: (510) 705-8894
Facsimile: (510) 705-8737
e-mail: marion@rjlaw.com

Attorneys for Plaintiff Ratto Bros., Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RATTO BROS., INC. and JACOBS FARM DEL CABO, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>SUNAGRA INCORPORATED and CHARLES DIBLE,<br><br>Defendants. | CASE NO. C 06-03442 SI<br><br>**SUPPLEMENTAL CASE MANAGEMENT CONFERENCE STATEMENT AND PROPOSED ORDER**<br><br>Date CMC: November 3, 2006<br>Time CMC: 2:30 p.m.<br>Place CMC: Before U.S. District Court Judge Susan Illston<br>Courtroom 10, 19th Floor<br>San Francisco |

Plaintiffs Ratto Bros., Inc. and Jacobs Farm Del Cabo, Inc. respectfully submit this Case Management Statement and Proposed Order and request the Court enter the proposed order. Defendants Charles Dible (who filed an answer pro se to the original complaint in this action) and Sunagra Incorporated (which did not answer the original complaint) have not signed this Supplemental Case Management Conference Statement, as Plaintiffs' counsel was unable to adequately explain to Mr. Dible its import or the necessity for him to participate in its drafting.

SUPP. CMC STATEMENT – Case No. C06-03442 –Page 1

**DESCRIPTION OF SUBSEQUENT CASE DEVELOPMENTS**

1. The following progress or changes have occurred since the last case management statement was filed by the parties:

    a. Plaintiff Ratto Bros., Inc. filed a First Amended Complaint adding Jacobs Farm Del Cabo, Inc. as a Plaintiff.

    b. Charles Dible, on behalf of himself and Sunagra, accepted and acknowledged service of the First Amended Complaint and summons and agreed that the deadline for responding to the Complaint will be 20 days from October 30, 2006 (November 20, 2006). See Court Docket, Document # 13-1.

    c. The parties continue to discuss settlement of this action and anticipate that they may be able to reach agreement prior to November 20, 2006, the deadline for Defendants to file a response to the First Amended Complaint.

2. Plaintiffs respectfully request that the Case Management Conference be continued to allow Plaintiffs and Defendants to reach a settlement or, if the parties cannot negotiate a resolution of this dispute, until after the deadline (November 20, 2006) for Defendants to respond to the First Amended Complaint. In addition, Charles Dible informs counsel for Plaintiffs that he will be traveling out of the area the rest of this week and next.

Date: November 1, 2006        RYNN & JANOWSKY, LLP

By:    /s/ Marion I. Quesenbery
MARION I. QUESENBERY
Attorneys for Plaintiff

SUPP. CMC STATEMENT – Case No. C06-03442 –Page 2

1                  **SUPPLEMENTAL CASE MANAGEMENT ORDER**

2      The Case Management Conference is continued to __12/22/06_____, 2006, at 2:30

3 p.m.

4

5 Date: _____                     _/s/ Susan Illston_____
                                        UNITED STATES DISTRICT JUDGE

Re: **Ratto Bros., Inc. v. Sunagra Incorporated**
<u>**United States District Court, N.D. Cal., Case No. C06-03442**</u>

## **PROOF OF SERVICE**

I am a citizen of the United States. My business address is P.O. Box 20799, Oakland, California 94620. I am employed in the County of Alameda where this service occurs. I am over the age of 18 and am not a party to this action. I am readily familiar with Rynn & Janowsky's normal business practice for collection and processing of documents for mailing with the United States Postal Service, and that practice is that the documents for mailing are deposited with the United States Postal Service on the same day as they placed for collection in the ordinary course of business.

On November 1, 2006, following Rynn & Janowsky's ordinary business practices, I served by mail a true copy of the following document:

**SUPPLEMENTAL CASE MANAGEMENT CONFERENCE STATEMENT**

on the individual listed below. I placed copies of the document in envelopes, with First Class postage fully prepaid, addressed as follows:

> Charles K. Dible
> P.O. Box 965
> South San Francisco, CA 94083-0965
> Sacramento, CA 95825
> Facsimile No.: (650) 244-4902

I caused the envelope to be placed in the United States mail in Berkeley, California, on November 1, 2006. In addition, on the same day, I served the individual listed above via facsimile at the number noted above.

I declare under penalty of perjury under the laws of the State of California and of the United States that the above is true and correct.

Executed on November 1, 2006, at Berkeley, California.

                                              /s/ Marion I. Quesenbery
                                                   Marion I. Quesenbery

SUPP. CMC STATEMENT – Case No. C06-03442 –Page 4